Brad C. Stanford, OSB #85411
bstanford@farleighwitt.com
Farleigh Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Plaintiff Del Monte Fresh Produce N.A., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON CV '07 - 1496 KI

DEL MONTE FRESH PRODUCE N.A., INC., dba DEL MONTE FRESH PRODUCE CO., a Delaware corporation,

Plaintiff,

v.

HEINZ NORTH AMERICA, a division of H. J. HEINZ COMPANY, L.P., a Deleware Limited Partnership, dba TRUESOUPS,

Defendant.

Case No. ____________________

COMPLAINT

Plaintiff Del Monte Fresh Produce N.A., Inc., dba Del Monte Fresh Produce Co., a Delaware corporation ("Del Monte"), alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1.

Del Monte is a Delaware corporation with its principal place of business in Miami, Florida. It operates a facility that processes fresh cut produce in Portland, Oregon.

17801

2.

Defendant Heinz North America, a division of H. J. Heinz Company, L.P., a Delaware Limited Partnership, dba Truesoups, with its principal place of business in Pennsylvania. It operates a facility in Kent, Washington that produces various food products.

3.

Jurisdiction herein is proper pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and the matter in controversy exceeds the sum of $75,000.

4.

Jurisdiction herein is also proper pursuant to 28 U.S.C. § 1331. This case involves a claim under 7 U.S.C. § 499, *et seq.*, the Perishable Agricultural Commodities Act of 1930 ("PACA").

5.

Venue is proper in the District of Oregon pursuant to 28 U.S.C. § 1391.

**BACKGROUND**

6.

At all material times, defendant was licensed, or was subject to license, under PACA, as a dealer, commission merchant, and/or broker.

7.

From on or about December 22, 2006 through on or about August 8, 2007, Del Monte sold perishable agricultural commodities (the "Commodities") in interstate commerce to defendant pursuant to written contracts. The agreed upon prices for the Commodities totaled $785,374.16. Attached as Exhibit 1 is a spreadsheet showing the calculation of said sum.

8.

Del Monte shipped the Commodities by truck in interstate commerce from its Portland, Oregon facility to defendant's facility in Kent, Washington.

9.

Upon arrival of the Commodities at defendant's facility in Kent, Washington, defendant accepted the Commodities.

## FIRST CLAIM FOR RELIEF

**(Breach of Contract)**

10.

The foregoing paragraphs are incorporated herein by reference.

11.

Del Monte performed all conditions precedent pursuant to the contracts.

12.

The essential terms of the contracts were set forth in a series of purchase orders and invoices, and include price, quantity, delivery, and payment terms. The purchase orders and invoices are identified in Exhibit 2, attached hereto.

13.

Defendant has breached the contracts by failing to pay Del Monte the amounts due under the contracts and there is now due and owing from defendant to Del Monte the sum of $785,374.16, plus interest at the contract rate of 1.5% per month.

14.

Del Monte is entitled to recover its reasonable attorney's fees and costs pursuant to the contracts.

**SECOND CLAIM FOR RELIEF**

**(Perishable Agricultural Commodities Act**

15.

The foregoing paragraphs are incorporated herein by reference.

16.

Del Monte preserved its rights under the PACA trust provisions by setting forth the requisite statutory language on all of its invoices.

17.

The payment terms are set forth in writing on the purchase orders and invoices and do not exceed 30 days from the date of acceptance.

18.

Pursuant to PACA, defendant is required to hold $785,374.16, plus interest at the rate of 1.5% per month, in trust for the benefit of Del Monte.

19.

Defendant's refusal to pay to Del Monte the monies held in trust referred to above constitutes a violation of Section 2 of PACA. There is now due and owing to Del Monte from defendant the sum of $785,049.86, plus interest at the rate of 1.5% per month.

**PRAYER FOR RELIEF**

WHEREFORE, Del Monte prays for judgment as follows:

1. First Claim for Relief:

a. For judgment against defendant in the sum of $785,374.16, plus pre and post-judgment interest at the rate of 1.5% per month;

b. For reasonable attorney's fees and costs; and

  c. For such other costs, disbursements, and relief the Court deems appropriate.

2. Second Claim for Relief:

a. For judgment against defendant in the sum of $785,374.16, plus pre and post-judgment interest at the rate of 1.5% per month;

b. For an order directing defendant to pay the above sum from the PACA trust fund to Del Monte;

c. For costs and disbursements; and

d. For such other relief the Court deems appropriate.

DATED this 5 day of October, 2007.

FARLEIGH WITT

By: Brad C. Stanford
Brad C. Stanford, OSB #85441
Phone: 503.228.6044; Fax: 503.228.1741
bstanford@farleighwitt.com
Attorneys for Plaintiff Del Monte Fresh Produce N.A., Inc.

| Invoice Number | Type | PO #/Ref # | Trans Date | Original Amount | Current | 011-21 Days | 22-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | Over 180 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ---------- | ---- | --------------- | --------- | ---------------- | ------------- | ------------- | ---------------- | --------------- | --------------- | ---------------- | |
| TRUESOUPS | INC. | | 457084 | | | | | | | | |
| 457084 | | TRUESOUPS, INC | ., 26401 7 | 9TH AVENUE SOUTH, | KENT, WA | | WA K. JENNA X 2 | $ 70.00 | $ 253.00 | 872-0404 | |
| 0FR0580 | PROF | 650047 | 22-Dec-06 | 6236 | | | | | | | 604.42 |
| 0GF4297 | PROF | 711057 | 23-Mar-07 | 17657 | | | | | | $ 1,357.20 | |
| 0GF8550 | PROF | 712040 | 28-Mar-07 | 15353.6 | | | | | | $ 232.00 | |
| 0GH1355 | PROF | 713043 | 6-Apr-07 | 19447 | | | | | | $ 28.00 | |
| 0GN9558 | PROF | 637615-004 | 11-May-07 | 2442.6 | | | | | | $ 2,442.60 | |
| 0GU1145 | PROF | 637615-030 | 6-Jun-07 | 23777.2 | | | | | $ 160.00 | | |
| 0GU4478 | PROF | 637615-032 | 8-Jun-07 | 25514.6 | | | | | $ 25,514.60 | | |
| 0GV9586 | PROF | 637615-039 | 15-Jun-07 | 12597.6 | | | | | $ 6,513.60 | | |
| 0GW1437 | PROF | SAMPLE | 22-Jun-07 | 220 | | | | | $ 220.00 | | |
| 0GW4124 | PROF | 637615-044 | 22-Jun-07 | 3306.4 | | | | | $ 3,306.40 | | |
| 0GW4735 | PROF | 637615-044 | 22-Jun-07 | 10164.4 | | | | | $ 10,164.40 | | |
| 0GW6225 | PROF | 637615-045 | 22-Jun-07 | 15492.9 | | | | | $ 6.90 | | |
| 0GW8215 | PROF | 637615-046 | 29-Jun-07 | 45343.4 | | | | | $ 953.60 | | |
| 0GX0120 | PROF | 637615-049 | 29-Jun-07 | 23569.8 | | | | | $ 23,142.00 | | |
| 0GX1687 | PROF | 637615-050 | 29-Jun-07 | 27123.6 | | | | | $ 27,123.60 | | |
| 0GX5422 | PROF | CONNIE | 29-Jun-07 | 13120 | | | | | $ 13,120.00 | | |
| 0GX7392 | PROF | CONNIE | 6-Jul-07 | 6664.96 | | | | $ 6,664.96 | | | |
| 0GX7395 | PROF | CONNIE | 6-Jul-07 | 12987.52 | | | | $ 12,987.52 | | | |
| 0GX7465 | PROF | CONNIE | 6-Jul-07 | 8697.6 | | | | $ 8,697.60 | | | |
| 0GX7467 | PROF | CONNIE | 13-Jul-07 | 13458.24 | | | | $ 13,458.24 | | | |
| 0GX7468 | PROF | CONNIE | 13-Jul-07 | 12606.08 | | | | $ 12,606.08 | | | |
| 0GX9398 | PROF | CONNIE | 6-Jul-07 | 13458.24 | | | | $ 13,458.24 | | | |
| 0GX9438 | PROF | CONNIE | 6-Jul-07 | 1017 | | | | $ 1,017.00 | | | |
| 0GY3716 | PROF | 637615-065 | 18-Jul-07 | 17059.8 | | | | $ 17,059.80 | | | |
| 0HA4244 | PROF | 637615-069 | 19-Jul-07 | 26422.8 | | | | $ 317.40 | | | |
| 0HC0751 | PROF | IYPE | 1-Aug-07 | 2058 | | | | $ 2,058.00 | | | |
| 0HC0757 | PROF | 637615-079 | 1-Aug-07 | 28576.8 | | | | $ 28,576.80 | | | |
| 0HC1946 | PROF | 637615-080 | 3-Aug-07 | 31335.2 | | | $ 2,257.20 | | | | |
| 0HC2394 | PROF | 637615-081 | 3-Aug-07 | 11596 | | | $ 138.00 | | | | |
| 0HC3819 | PROF | 637615-080 | 3-Aug-07 | 483 | | | $ 483.00 | | | | |
| 225042 | MISC | FMCJNJL07 | 21-Sep-07 | 550705 | | | $ 550,705.00 | | | | |
| | | | | ---------------- | ------------- | ------------- | ---------------- | --------------- | --------------- | ---------------- | |
| | | Total : | | 785,374.16 | 0 | 0 | $ 553,583.20 | $ 116,901.64 | $ 110,225.10 | $ 4,059.80 | 604.42 |
| | | | | | 0.00% | 0.00% | $ 0.70 | $ 0.15 | $ 0.14 | $ 0.01 | 0.08% |

EXHIBIT /
PAGE / OF /

| Invoice Number | PO #/Ref # | Trans Date | Original Amount | Current | $ 39,407.00 Days | 22-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | Over 180 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| ---------- | --------------- | --------- | ----------------- | ------------- | ---------------- | ----------------- | ---------------- | ---------------- | ----------------- | |
| TRUESOUPS, | | 457084 | | | | | | | | |
| | | | | | | | | | | |
| 457084 | TRUESOUPS, INC | ., 26401 7 | 9TH AVENUE SOUTH, | KENT, WA | | WA K. JENNA X 2 | $ 70.00 | $ 253.00 | 872-0404 | |
| | | | | | | | | | | |
| 0FR0580 | 650047 | 22-Dec-06 | $ 6,236.00 | | | | | | | $ 604.42 |
| 0GF4297 | 711057 | 23-Mar-07 | $ 17,657.00 | | | | | | $ 1,357.20 | |
| 0GF8550 | 712040 | 28-Mar-07 | $ 15,353.60 | | | | | | $ 232.00 | |
| 0GH1355 | 713043 | 6-Apr-07 | $ 19,447.00 | | | | | | $ 28.00 | |
| 0GN9558 | 637615-004 | 11-May-07 | $ 2,442.60 | | | | | | $ 2,442.60 | |
| 0GN9662 | 637615-005 | 11-May-07 | $ 19,533.60 | | | | | | $ 19,533.60 | |
| 0GR7133 | 637615-035 | 25-May-07 | $ 680.20 | | | | | | $ 680.20 | |
| 0GU1145 | 637615-030 | 6-Jun-07 | $ 23,777.20 | | | | | $ 23,777.20 | | |
| 0GU4478 | 637615-032 | 8-Jun-07 | $ 25,514.60 | | | | | $ 25,514.60 | | |
| 0GU4484 | 637615-032 | 8-Jun-07 | $ 6,596.40 | | | | | $ 6,596.40 | | |
| 0GV0914 | 637615-040 | 14-Jun-07 | $ 113.00 | | | | | $ 113.00 | | |
| 0GV1658 | 637615-038 | 15-Jun-07 | $ 12,091.60 | | | | | $ 12,091.60 | | |
| 0GV7439 | 637615-039 | 15-Jun-07 | $ 9,397.20 | | | | | $ 9,397.20 | | |
| 0GV9586 | 637615-039 | 15-Jun-07 | $ 12,597.60 | | | | | $ 6,513.60 | | |
| 0GW1422 | 637615-047 | 22-Jun-07 | $ 2,781.00 | | | | | $ 2,781.00 | | |
| 0GW1433 | 637615-047 | 22-Jun-07 | $ 5,517.40 | | | | | $ 5,517.40 | | |
| 0GW1435 | 637615-039 | 22-Jun-07 | $ 5,250.60 | | | | | $ 5,250.60 | | |
| 0GW1437 | SAMPLE | 22-Jun-07 | $ 220.00 | | | | | $ 220.00 | | |
| 0GW2891 | 637615-044 | 22-Jun-07 | $ 13,344.20 | | | | | $ 13,344.20 | | |
| 0GW4124 | 637615-044 | 22-Jun-07 | $ 3,306.40 | | | | | $ 3,306.40 | | |
| 0GW4735 | 637615-044 | 22-Jun-07 | $ 10,164.40 | | | | | $ 10,164.40 | | |
| 0GW6225 | 637615-045 | 22-Jun-07 | $ 15,492.90 | | | | | $ 15,492.90 | | |
| 0GW8215 | 637615-046 | 29-Jun-07 | $ 45,343.40 | | | | $ 45,343.40 | | | |
| 0GX0120 | 637615-049 | 29-Jun-07 | $ 23,569.80 | | | | $ 23,142.00 | | | |
| 0GX1687 | 637615-050 | 29-Jun-07 | $ 27,123.60 | | | | $ 27,123.60 | | | |
| 0GX3714 | 637615-53 | 29-Jun-07 | $ 12,819.60 | | | | $ 12,819.60 | | | |
| 0GX3730 | 637615-051 | 29-Jun-07 | $ 9,729.00 | | | | $ 9,729.00 | | | |
| 0GX5422 | CONNIE | 29-Jun-07 | $ 13,120.00 | | | | $ 13,120.00 | | | |
| 0GX7392 | CONNIE | 6-Jul-07 | $ 6,664.96 | | | | $ 6,664.96 | | | |
| 0GX7395 | CONNIE | 6-Jul-07 | $ 12,987.52 | | | | $ 12,987.52 | | | |
| 0GX7465 | CONNIE | 6-Jul-07 | $ 8,697.60 | | | | $ 8,697.60 | | | |
| 0GX7467 | CONNIE | 13-Jul-07 | $ 13,458.24 | | | | $ 13,458.24 | | | |
| 0GX7468 | CONNIE | 13-Jul-07 | $ 12,606.08 | | | | $ 12,606.08 | | | |
| 0GX9398 | CONNIE | 6-Jul-07 | $ 13,458.24 | | | | $ 13,458.24 | | | |
| 0GX9438 | CONNIE | 6-Jul-07 | $ 1,017.00 | | | | $ 1,017.00 | | | |

EXHIBIT 2
PAGE 1 OF 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0GY3644 | 637615-060 | 11-Jul-07 | $ 20,512.80 | | | | $ 20,512.80 | | | |
| 0GY3648 | 637615-061 | 13-Jul-07 | $ 20,057.40 | | | | $ 20,057.40 | | | |
| 0GY3653 | 637615-062 | 13-Jul-07 | $ 22,327.20 | | | | $ 22,327.20 | | | |
| 0GY3706 | 637615-063 | 13-Jul-07 | $ 27,004.80 | | | | $ 27,004.80 | | | |
| 0GY3711 | 637615-064 | 13-Jul-07 | $ 23,748.60 | | | | $ 23,748.60 | | | |
| 0GY3716 | 637615-065 | 18-Jul-07 | $ 17,059.80 | | | | $ 17,059.80 | | | |
| 0GY6798 | 637615-066 | 13-Jul-07 | $ 83.60 | | | | $ 83.60 | | | |
| 0HA4218 | 637615-068 | 18-Jul-07 | $ 19,078.20 | | | | $ 19,078.20 | | | |
| 0HA4244 | 637615-069 | 19-Jul-07 | $ 26,422.80 | | | | $ 26,422.80 | | | |
| 0HA5826 | 637615-070 | 20-Jul-07 | $ 22,554.60 | | | | $ 21,919.80 | | | |
| 0HA5829 | 637615-70 | 20-Jul-07 | $ 6,955.20 | | | | $ 6,955.20 | | | |
| 0HA7250 | 637615-071 | 20-Jul-07 | $ 23,440.20 | | | | $ 23,440.20 | | | |
| 0HA8974 | 637615072 | 20-Jul-07 | $ 28,248.60 | | | | $ 28,248.60 | | | |
| 0HA9974 | 637615-70 | 20-Jul-07 | $ 1,725.00 | | | | $ 1,725.00 | | | |
| 0HB0190 | 639192-001 | 20-Jul-07 | $ 37.40 | | | | $ 37.40 | | | |
| 0HB1965 | 637615-073 | 26-Jul-07 | $ 9,592.20 | | | $ 9,592.20 | | | | |
| 0HB1973 | 637615-074 | 26-Jul-07 | $ 15,265.40 | | | $ 15,265.40 | | | | |
| 0HB4079 | 637615-075 | 27-Jul-07 | $ 25,555.20 | | | $ 25,555.20 | | | | |
| 0HB5480 | 637615-076 | 27-Jul-07 | $ 10,363.80 | | | $ 10,363.80 | | | | |
| 0HB7218 | 637615-077 | 27-Jul-07 | $ 20,518.20 | | | $ 20,518.20 | | | | |
| 0HB7227 | 637615-078 | 31-Jul-07 | $ 8,086.80 | | | $ 8,086.80 | | | | |
| 0HC0751 | IYPE | 1-Aug-07 | $ 2,058.00 | | | $ 2,058.00 | | | | |
| 0HC0757 | 637615-079 | 1-Aug-07 | $ 28,576.80 | | | $ 28,576.80 | | | | |
| 0HC1946 | 637615-080 | 3-Aug-07 | $ 31,335.20 | | | $ 31,335.20 | | | | |
| 0HC2394 | 637615-081 | 3-Aug-07 | $ 11,596.00 | | | $ 11,596.00 | | | | |
| 0HC3809 | 637615-079 | 3-Aug-07 | $ 207.00 | | | $ 207.00 | | | | |
| 0HC3819 | 637615-080 | 3-Aug-07 | $ 483.00 | | | $ 483.00 | | | | |
| 0HC3863 | 637615-082 | 3-Aug-07 | $ 9,142.00 | | | $ 9,142.00 | | | | |
| 0HC5588 | 637615-083 | 3-Aug-07 | $ 9,660.00 | | | $ 9,660.00 | | | | |
| 0HC5589 | 637615-084 | 8-Aug-07 | $ 11,309.40 | | $ 11,309.40 | | | | | |
| | | | ---------------- | ---------- | ------------ | ------------ | ------------ | ------------ | ------------ | |
| | Total : | | $ 817,496.16 | $ - | $ 11,309.40 | $ 182,439.60 | $ 458,788.64 | $ 140,080.50 | $ 24,273.60 | $ 604.42 |
| | | | | $ - | $ 0.01 | $ 0.22 | $ 0.56 | $ 0.17 | $ 0.03 | $ 0.00 |
| | | | | | | | | | | |

EXHIBIT 2
PAGE 2 OF 2